PAUL J. LEEDS, ESQ. (Bar No. 214309)
leedsp@higgslaw.com
**HIGGS, FLETCHER & MACK LLP**
401 West "A" Street, Suite 2600
San Diego, California 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Sound Equity High
Income Debt Fund LLC

FILED & ENTERED

FEB 17 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA -

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.: 1:21-bk-11875-VK |
| TOP FLIGHT INVESTMENTS, LLC | Chapter 11 |
| Debtor. | **ORDER GRANTING SOUND EQUITY HIGH INCOME DEBT FUND LLC'S MOTION TO DISMISS UNDER § 1112(b)** |
| | **HEARING:** Date: February 10, 2022 Time: 1:00 p.m. Ctrm.: 301 Judge: Hon. Victoria S. Kaufman |

/ / /

/ / /

/ / /

/ / /

/ / /

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

1                    Case. No. 1:21-bk-11875-VK

ORDER GRANTING SOUND EQUITY S MOTION TO DISMISS UNDER § 1112(b)

10801911.1

1  A hearing was held on February 10, 2022 on SOUND EQUITY HIGH

2  INCOME DEBT FUND LLC's ("Sound Equity") Motion to Dismiss TOP FLIGHT

3  INVESTMENTS, LLC'S ("Debtor") chapter 11 case pursuant to Title 11 of the

4  United States Code section 1112(b) (the "Motion," Doc 53).  The Court, having

5  considered Sound Equity's Motion and all documents in support, Debtor's

6  opposition and all documents in support, and the entire record, and having heard

7  oral argument, and good cause appearing,

8  **IT IS ORDERED** that the Motion is granted.  This Chapter 11 case is

9  dismissed.  The Debtor is barred from filing any further petition for relief under

10 Title 11 for a period of two years from the date of entry of this order.

11                                                    ###

12

13

14

15

16

17

18

19

20

21

22

23  Date: February 17, 2022

24                                        Victoria S. Kaufman
                                          United States Bankruptcy Judge

25

26

27

28

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

2                                    Case. No. 1:21-bk-11875-VK

ORDER GRANTING SOUND EQUITY S MOTION TO DISMISS UNDER § 1112(b)

10801911.1